UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARCIA GONZALEZ, | Case No. 2:19-cv-00946-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| WAL-MART STORES, INC., | |
| Defendant. | |

Because plaintiff's counsel is not admitted to practice in this district, the court struck the parties' stipulation to extend defendant's time to file a responsive pleading. ECF No. 5. Defendant then filed an ex parte application to extend its time to file a responsive pleading. ECF No. 6. The court GRANTS the request, and defendant's time to respond is extended to June 7, 2019.

Plaintiff's counsel, Beilal Chatila, is ORDERED to seek admission to practice in this court and file a notice of having sought admission within seven (7) days of this order. Chatila's non-compliance with this order will result in sanctions of $250.

IT IS SO ORDERED.

DATED: June 4, 2019.

_____
UNITED STATES DISTRICT JUDGE

1