UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARCIA GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES, INC., and DOES 1 through 10,<br><br>　　　　Defendants. | No. 2:19-cv-00946 KJM KJN<br><br><br>ORDER |

In a minute order filed by the court on June 3, 2019, the status conference in this case was advanced to July 12, 2019, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference. The parties filed their joint status report on July 2, 2019, but there was no appearance by plaintiff's counsel Beilal Chatila at the conference.

Accordingly, plaintiff's counsel is ordered to show cause within 7 days, why counsel should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: July 15, 2019.

_____
UNITED STATES DISTRICT JUDGE

1